# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2023

**VIA CM/ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

September 18, 2023

RE: **United States v. Calvin Bryant**
    **22 Cr. 340 (JW)**

Dear Judge Willis,

 I write with respect to the $1,000 fine the Court imposed on Calvin Bryant in connection with his sentencing on September 27, 2022. Dkt. No. 33. Currently, Mr. Bryant must completely pay off his fine by September 27, 2023. Mr. Bryant requires one additional month to satisfy the judgment, however, and requests an extension of the deadline from September 27, 2023, to October 27, 2023. The Government, by AUSA Emily Johnson, consents to this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Emily Johnson